The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MCFERRIN, et al., | No. 3:08-cv-05309-BHS |
| Plaintiffs, | **KELLEY DEFENDANTS' RESPONSE TO DEFENDANT OLD REPUBLIC TITLE, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECONVEYANCE FEE CLAIMS** |
| vs. | |
| OLD REPUBLIC TITLE, LTD., | |
| Defendant. | Note on Motion Calendar:  May 8, 2009 |

Third-Party Defendants, Troy X. Kelley and Diane Duffrin Kelley ("Kelleys"), hereby submit this brief response to Defendant Old Republic Title, Ltd.'s Motion for Partial Summary Judgment on Reconveyance Fee Claims:

In short, the Kelleys do not oppose—and indeed support—the relief requested by Old Republic in its motion.  The Court should grant partial summary judgment to Old Republic on Plaintiffs' breach of contract, breach of fiduciary duty, and breach of agency claims pertaining to the reconveyance fee.[1]

---

[1] In supporting the relief sought by Old Republic, the Kelleys note that they do not necessarily concur in each and every statement made by Old Republic or contained in its supporting Declarations.  Old Republic has asserted that the Kelleys are liable to Old Republic as third-party defendants, and the Kelleys have denied that liability, so there are clearly disputes between these parties; however, because the Kelleys support the relief requested in Old

KELLEY DEFENDANTS' RESPONSE TO
DEFENDANT OLD REPUBLIC'S MOTION
FOR PARTIAL SUMMARY JUDMENT ON
RECONVEYANCE FEE CLAIMS -- 1
No. 3:08-cv-05309-BHS
M40315-1197737

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

DATED this 4th day of May, 2009.

GRAHAM & DUNN PC

By /s/ David C. Lundsgaard
  Judith A. Endejan WSBA# 11016
  Email: jendejan@grahamdunn.com
  David C. Lundsgaard WSBA #25448
  Email: dlundsgaard@grahamdunn.com
  2801 Alaskan Way ~ Suite 300
  Seattle, WA 98121
  T 206.624.8300
  F 206.340.9599

  Attorneys for Third-Party Defendants,
  Troy X. Kelley and Diane Duffrin Kelley

---

Republic's motion it is not necessary to address those disputes here. The Kelleys simply wish to make clear that by supporting Old Republic's requested relief, they are not waiving their right to assert their own positions on the underlying facts at an appropriate future time, and they expressly reserve the right to do so.

KELLEY DEFENDANTS' RESPONSE TO DEFENDANT OLD REPUBLIC'S MOTION FOR PARTIAL SUMMARY JUDMENT ON RECONVEYANCE FEE CLAIMS -- 2
No. 3:08-cv-05309-BHS
M40315-1197737

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2009, I electronically filed the Kelley Defendants' Response to Defendant Old Republic Title, Ltd.'s Motion for Partial Summary Judgment on Reconveyance Fee Claims with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Steve W. Berman**
  steve@hbsslaw.com

- **Ari Y. Brown**
  ari@hbsslaw.com

- **Thomas E. Loeser**
  TomL@hbsslaw.com

- **Gavin Williams Skok**
  gskok@riddellwilliams.com

- **Scott A. Smith**
  ssmith@riddellwilliams.com

- **Timothy J. Warzecha**
  warzecha@warzecha-law.com

- **Tyler Weaver**
  tyler@hbsslaw.com

Dated: May 4, 2009

/s/ David C. Lundsgaard
David C. Lundsgaard, WSBA# 25448
Email: dlundsgaard@grahamdunn.com
GRAHAM & DUNN PC
2801 Alaskan Way ~ Suite 300
Seattle, WA 98121
T 206.624.8300
F 206.340.9599

Attorneys for Third-Party Defendants,
Troy X. Kelley and Diane Duffrin Kelley

KELLEY DEFENDANTS' RESPONSE TO DEFENDANT OLD REPUBLIC'S MOTION FOR PARTIAL SUMMARY JUDMENT ON RECONVEYANCE FEE CLAIMS -- 3
No. 3:08-cv-05309-BHS
M40315-1197737

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599